JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MANUEL PENALOZA,  ) Case No. CV 13-8696-SP
          Petitioner,  )
          v.  ) **JUDGMENT**
G.D. LEWIS, Warden,  )
          Respondent.  )

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: November 30, 2016

_____
SHERI PYM
UNITED STATES MAGISTRATE JUDGE